IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARD ROBERTSON,

          Petitioner,            JUDGMENT IN A CIVIL CASE

    v.                                    Case No. 13-cv-628-bbc

UNITED STATES OF AMERICA,

          Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Bernard Robertson's motion for post conviction relief under 28 U.S.C. § 2255.


    _____s/ A. Wiseman, Deputy Clerk_____        _____12/23/2013_____
         Peter Oppeneer, Clerk of Court                            Date